UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWADWO YEBOAH ET AL<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. ET AL<br><br>  Defendants. | Civil Action No.: 3:18-CV- 02020 VAB<br><br><br><br>MAY 9, 2019 |

## **MOTION TO WITHDRAW**

  The undersigned counsel, pursuant to D.Conn. L. Civ. R. 7(e), respectfully requests that he be permitted to withdraw as counsel for the Plaintiffs, Cheryl L. Yeboah, hereinafter ("Plaintiff or Mrs. Yeboah") and Kwadwo A. Yeboah, ("Plaintiff or Mr. Yeboah"). In support of this motion, the undersigned represents that there is good cause for this motion that Plaintiffs have discharged the undersigned counsel from representing Mrs. Yeboah in the related and underlying state action and both Mr. and Mrs. Yeboah in this matter.

  On April 29, 2019, the State Court in the related and underlying action granted the undersigned motion to withdraw from the underlying state court action. See State Court Order, attached here as Exhibit 1.

  Each of the Plaintiffs has entered their appearance to be self-represented party in this matter. See, ECF Nos. 31 & 32.

  Under the Connecticut Rules of Professional Conduct, Rule 1.16(a)(3) which mandates that the undersigned counsel "shall withdraw from the representation of a client

2.

if . . . [t]he lawyer is discharged" and for the aforementioned reason and good cause, the undersigned respectfully requests that the Court grant this motion and permit the undersigned to withdraw as counsel in behalf of the Plaintiffs, Cheryl L. Yeboah and Kwadwo A. Yeboah.

By: ____//S//_____
Nitor V. Egbarin, ct05114
Law Office of Nitor V. Egbarin, LLC
100 Pearl Street 14th Floor
Hartford, CT 06103
860-249-7180
860-408-1471 (fax)
NEgbarin@aol.com

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, a copy of the foregoing was filed electronically and served by mail on anyone known to be unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Nitor V. Egbarin*
Nitor V. Egbarin