UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KWANDO YEBOAH, ET. AL.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) **Case No. 18-CV-2020** <br> **BANK OF AMERICA, N.A., ET. AL.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | |

**NOTICE CONCERNING FAILURE TO RESPOND TO MOTION TO DISMISS**

Defendant Bank of America, N.A. ("BANA"), hereby provides notice that Plaintiffs Kwando and Cheryl Yeboah ("Plaintiffs") have failed to respond to BANA's Motion to Dismiss dated April 26, 2019. Dkt. No. 29. Plaintiffs' response to BANA's Motion to Dismiss was due May 17, 2019. *Id*.

Dated: June 6, 2019

                                      **Bank of America, N.A.**
                                      **By its attorneys,**

                              BY:_____/s/_____
                                  **Zachary Grendi (ct29680)**
                                  **Zeichner Ellman & Krause LLP**
                                  **1 Landmark Square**
                                  **4th Floor**
                                  **Stamford, CT 06902**
                                  **(203) 622-0900**
                                  **(203) 862-9889 (fax)**
                                  **zgrendi@zeklaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Kwadwo Yeboah
39 Ridge Blvd
East Granby, CT 06026

Cheryl L. Yeboah
39 Ridge Blvd
East Granby, CT 06026

                                                                                                                      /s/
                                                                             Zachary Grendi